# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**FREDDIE DOWNER, JR.**                                              **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 3:11CV-P116-H**

**CITY OF LOUISVILLE** *et al.*                                              **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the action is **DISMISSED** as abandoned.

There being no just reason for delay in its entry, this is a final Order.

This Court **certifies** that an appeal *in forma pauperis* would be frivolous and would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
4412.005